IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VIRGIL E. BROWN INSURANCE, *et al.* | CASE NO. 18-cv-00458-DAP |
| Plaintiff | JUDGE DAN A. POLSTER |
| v. | **PLAINTIFFS VIRGIL E. BROWN INSURANCE AND MODERN HEARING SOLUTIONS OF CANTON, INC.'s MOTION FOR DEFAULT JUDGMENT PURSUANT TO FRCP 55 AGAINST DEFENDANT PROGRESSIVE BUSINESS FUNDING, INC.** |
| PROGRESSIVE BUSINESS FUNDING, INC. | |
| Defendants | |

Plaintiffs Virgil E. Brown Insurance and Modern Hearing Solutions of Canton, Inc. ("Plaintiffs") hereby move this Court to enter a default judgment against Defendant Progressive Business Funding, Inc., pursuant to Federal Rule of Civil Procedure 55(b)(2). The reasons for Plaintiffs' request are fully contained in the Memorandum in Support.

WHEREFORE, Plaintiffs Virgil E. Brown Insurance and Modern Hearing Solutions of Canton, Inc. hereby move this Court for an Entry of Default Judgment against Defendant Progressive Business Funding, Inc., and for all other relief this Court may deem just and proper.

**Granted.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
May 18, 2018**

Respectfully submitted,

/s/Brian D. Flick, Esq.
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DANNLAW
PO Box 6031040
Cleveland, OH 44103
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com